

# Fourth Court of Appeals
## San Antonio, Texas

March 11, 2022

No. 04-22-00035-CV

Donald William **FLETCHER** et al,
Appellant

v.

**TOSCANO PROPERTIES**,
Appellee

From the County Court At Law No. 10, Bexar County, Texas
Trial Court No. 2020CV05146
Honorable John Longoria, Judge Presiding

# O R D E R

On January 14, 2022, appellant filed a notice of appeal stating his intent to appeal his eviction. The clerk's record was filed on March 10, 2022. The clerk's record did not contain a final order or judgment. In response to this court's inquiry, the trial court clerk confirmed the trial court has not signed a final order or judgment. "[A]n appeal may be prosecuted only from a final judgment." *N.E. Indep. Sch. Dist. v. Aldridge*, 400 S.W.2d 893, 895 (Tex. 1966). Because no final order or judgment has been entered in the underlying case, appellant is ORDERED to show cause in writing **no later than March 25, 2022** why this appeal should not be dismissed for lack of jurisdiction.

_____
Lori I. Valenzuela, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 11th day of March, 2022.

_____
MICHAEL A. CRUZ, Clerk of Court